UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-CV-80488-ZLOCH/WHITE

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

**DAVID J BARTOLINO**
(Enter the full name of the plaintiff in this action)

v.

**State Attorney office of the Fifteenth Judicial Circuit & the Palm Beach Gardens Police Dept**
(Above, enter the full name of the defendant(s) in this action)

FILED by RAL D.C.

APR 0 8 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

cat / div  550/1983/WPB
Case # _____
Judge _____  Mag. White
Motn Ifp  Yes   Fee pd $ None
Receipt # _____

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

    This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. <u>All copies of the complaint must be identical to the original.</u>

    Your complaint must be legibly handwritten or typewritten. <u>Please do not use pencil to complete these forms</u>. The plaintiff must sign and swear to the complaint. <u>If you need additional space to answer a question, use an additional blank page.</u>

    Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

## I.   Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A.   Name of plaintiff: *DAVID BARTOLINO*
     Inmate #: *0267642 / South 6D*
     Address: *P.O. Box 24716*
              *West Palm Beach Fl 33416*

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B.   Defendant: *Christy Rodgers*
     is employed as *Ass. State Attorney*
     at *the 15th Judicial District of*

C.   Additional Defendants: *Palm Beach County*
                             *W.P.B. Fl 33410*

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Melinda Hanton P.B.G. Police
Mark Zankin P.B.G. Police
Palm Beach Gardens Police Dept
Military trial P.B.G Fl 33418

**II.   Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

Christy Rodgers has read a letter by "David Bartolino" that the Dept. of Homeland Security intercepted and gave her own thought as to say based on letter I was incompetent to stand trial. She has also looked over key evidence that supports Palm Beach Gardens Police officer Melinda Hanton and Mark Zankin falsyfing Police Records I'm claiming false imprisonment and failure of State Attorney's office legal malpractice and negligence also involved in concerted activity and Palm Beach Gardens Police Dept for negligence and falsyfing Police Reports

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____
_____
_____
_____
_____
_____
_____

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

malpractice I want to pursue legal action on behalf on the illegal prosecution that the state is trying to do. I want a dissmisal of all charges and file a lewsuit over legal malpractice and negligence from both the state attorneys office and the palm Beach Gardens police dept suffering psychological injuries

### IV. Jury Demand

Do you demand a jury trial? ☒ Yes ☐ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this __2__ day of __April__, 20__10__

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: __April 2, 2010__

_____
(Signature of Plaintiff)

```
DAVID BARTOLINO
0267642 / South 6D
P.O. BOX 24716
West Palm Beach
Florida 33416
```